IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA HIBBS-RINES, | |
| Plaintiff, | No. C 08-05430 JSW |
| v. | |
| SEAGATE TECHNOLOGIES, LLC., et al. | **ORDER OF RECUSAL** |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated: January 20, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE