JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Suite 3000
Sacramento, CA  95814-4497
Telephone:   (916) 447-9200
Facsimile:    (916) 329-4900

ALLISON E. PITIGOI (STATE BAR NO. 242211)
apitigoi@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401

Attorneys for Defendants
Seagate Technology LLC (erroneously sued as Seagate
Technology, LLC) and i365 Inc. (erroneously sued as i365, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA HIBBS-RINES, an individual, on behalf of herself and all other similarly situated, and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY, LLC, a Delaware limited liability company: I365 Inc., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  C08-05430-SI<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT**<br><br>Date: March 6, 2009<br>Time: 9:00 a.m.<br>Dept.: 10<br>Judge: Hon. Susan Illston |

OHS West:260585514.1

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MTN. TO STRIKE OR, IN ALTERN., FOR MORE DEFINITE STATEMENT, Case No. C08-05430-SI

Pursuant to Federal Rules of Evidence 201(c) and (d), defendants Seagate Technology LLC ("Seagate") and i365 Inc. ("i365") (collectively, "Defendants") respectfully request that the Court take judicial notice of the California Senate Judiciary Committee reports of SB 796, dated April 29, 2003 and June 26, 2003 ("Committee Reports"), in support of Defendant's Motion to Strike or, in the Alternative, for More Definite Statement, filed concurrently herewith.

In deciding a Federal Rule of Civil Procedure 12(f) motion, the court may consider the pleading under attack and matters upon which the court may take judicial notice. *SEC v. Sands*, 902 F. Supp. 1149, 1165 (C.D. Cal. 1995) (citation omitted). Furthermore, under Federal Rule of Evidence 201, the court may take judicial notice of legislative facts, such as legislative committee reports. *Korematsu v. United States*, 584 F. Supp. 1406, 1414 (N.D. Cal. 1984); *see also N. Pacifica, L.L.C. v. City of Pacifica*, 234 F. Supp. 2d 1053, 1057 (N.D. Cal. 2002) ("courts may properly take judicial notice of legislative committee reports in order to determine legislative intent") (citation omitted); *Elliott v. Federal Home Loan Bank Bd.*, 233 F. Supp. 578, 600, n.1 (S.D. Cal. 1964) (taking judicial notice of reports of Congressional Committees). "Legislative facts are facts of which courts take particular notice when interpreting a statute . . . . For example, courts frequently take judicial notice of legislative history, including committee reports." *Korematsu v. United States*, 584 F. Supp. 1406, 1414 (N.D. Cal. 1984) (citing *Territory of Alaska v. American Can Co.*, 358 U.S. 224, 227 (1959)). Therefore, the Court should take judicial notice of the Committee Reports pursuant to Federal Rule of Evidence 201. *See id.*; *see also* Fed. R. Evid. 201.

True and correct copies of the Committee Reports are attached to the Declaration of Julie A. Totten, filed concurrently herewith, as Exhibits A and B.

Dated: January 26, 2009

JULIE A. TOTTEN
ALLISON E. PITIGOI
Orrick, Herrington & Sutcliffe LLP

/s/
JULIE A. TOTTEN
Attorneys for Defendants
Seagate Technology LLC (erroneously sued as Seagate Technology, LLC) and i365 Inc. (erroneously sued as i365, Inc.)