MICHAEL L. TRACY, ESQ. (SBN 237779)
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
mhutchins@michaeltracylaw.com
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff
PAULA HIBBS-RINES

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA HIBBS-RINES, et al., | Case No. CV08-05430 |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SEAGATE TECHNOLOGY, LLC, a Delaware limited liability company; I365, INC., a California corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff PAULA HIBBS-RINES hereby requests through her counsel of record, to appear telephonically at the case management conference presently set in the above-entitled court at March 27, 2009, at 2:30 p.m., in Courtroom 10, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

DATED: March 13, 2009        LAW OFFICES OF MICHAEL L. TRACY

By: _____/s/_____
MEGAN ROSS HUTCHINS, Attorney for
Plaintiff PAULA HIBBS-RINES

---
REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE