IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA HIBBS-RINES, | No. C 08-05430 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| SEAGATE TECHNOLOGIES, LLC., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 31, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

RESERVED FOR MOTION TO CERTIFY THE CLASS: January 15, 2010, at 9:00 a.m.
(File Motion: 11/20/09, Opposition due: 12/4/09, Reply due: December 18, 2009)

PHASE ONE: NON-EXPERT DISCOVERY CUTOFF is November 20, 2009.
PHASE TWO: NON-EXPERT DISCOVERY CUTOFF is February 12, 2010 to July 30, 2010..

DESIGNATION OF EXPERTS: 5/14/10; REBUTTAL: 6/11/20.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 30, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by June 25, 2010;

    Opp. Due July 9, 2010;  Reply Due July 16, 2010;

    and set for hearing no later than July 30, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 14, 2010 at 3:30 PM.

JURY TRIAL DATE: September 27, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ten days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall participate in private mediation by August 31, 2009. Counsel shall inform the Court as soon as a mediator is selected.
If any request for fees are made, counsel was instructed to keep concurrent time records.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge