1  MICHAEL L. TRACY (STATE BAR NO. 237779)
   MEGAN ROSS HUTCHINS (STATE BAR NO. 227776)
2  LAW OFFICES OF MICHAEL L. TRACY
   2030 Main Street, Suite 1300
3  Irvine, CA  92614
   mhutchins@michaeltracylaw.com
4  Telephone:     (949) 260-9171
   Facsimile:     (866) 365-3051
5
   Attorneys for Plaintiff
6  Paula Hibbs-Rines

7  JULIE A. TOTTEN (STATE BAR NO. 166470)
   jatotten@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall
9  Suite 3000
   Sacramento, CA  95814-4497
10 Telephone:     (916) 447-9200
   Facsimile:     (916) 329-4900
11
   ALLISON E. PITIGOI (STATE BAR NO. 242211)
12 apitigoi@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
13 1000 Marsh Road
   Menlo Park, CA  94025
14 Telephone:     (650) 614-7400
   Facsimile:     (650) 614-7401
15
   Attorneys for Defendants
16 Seagate Technology LLC (erroneously sued as Seagate
   Technology, LLC) and i365 Inc. (erroneously sued as i365, Inc.)
17

Counsel shall provide the clerk with the direct dial inforamtion for the parties.  The Court will initiate the conference call between 3 and 5 p.m.

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA HIBBS-RINES, et al.,<br><br>        Plaintiff,<br><br>   vs.<br><br>SEAGATE TECHNOLOGY, LLC, a Delaware limited liability company; I365, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants | Case No. C08-05430-SI<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**TELEPHONIC HEARING REQUESTED BY PLAINTIFF AND DEFENDANTS** |

Pursuant to the Court's Pretrial Preparation Order and Northern District of California Civil Local Rule 16-10(d), the parties, Plaintiff Paula Hibbs-Rines ("Plaintiff"), and Defendants Seagate Technology LLC and i365 Inc. (collectively "Defendants"), by and through their undersigned counsel, jointly submit this Joint Case Management Statement, scheduled for July 31, 2009, at 3:00 p.m., in Courtroom 10, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

## I. PROGRESS OR CHANGES SINCE FILING PRIOR JOINT CASE MANAGEMENT STATEMENT

Since the prior joint case management statement was filed on March 20, 2009, the parties engaged in informal discovery and participated in mediation with Mr. Joel Grossman, of ADR Services, Inc., on July 21, 2009. After a full day of negotiations which lasted through the evening, with Mr. Grossman's assistance, the parties reached a settlement of this matter on a class-wide basis. At the conclusion of the mediation, the parties executed a Memorandum of Understanding as to the material terms of the settlement. The parties are currently in the process of preparing the Stipulation of Settlement and exhibits thereto. Once the parties execute the Stipulation of Settlement, Plaintiff will file a motion for preliminary approval of the class action settlement. The parties anticipate that Plaintiff's motion for preliminary approval will be filed in or about August or September 2009.

## II. PROPOSALS FOR REMAINDER OF CASE DEVELOPMENT PROCESS

On March 31, 2009, this Court issued a Pretrial Preparation Order providing numerous pretrial deadlines and setting trial for September 27, 2010. For example, the Court's Order sets the cut-off for Phase One non-expert discovery and the deadline for Plaintiff to file her motion for class certification as November 20, 2009. In light of the parties' settlement, the parties respectfully request that the Court vacate the specific dates and deadlines prescribed in the Court's Order, except with respect to this further case management conference. In the event the parties' settlement is not preliminarily and/or finally approved or Defendants withdraw from the settlement under the terms of the parties' agreement, the pretrial deadlines and trial date may be reset accordingly at that time.

Pursuant to General Order No. 45, Orrick, Herrington & Sutcliffe attests that concurrence in the filing of the Joint Case Management Statement has been obtained from the other signatories which shall serve in lieu of their signatures on the document.

Dated: July 24, 2009

MICHAEL L. TRACY
MEGAN ROSS HUTCHINS
LAW OFFICES OF MICHAEL L. TRACY


/s/
MEGAN ROSS HUTCHINS
Attorneys for Plaintiff
PAULA HIBBS-RINES

Dated: July 24, 2009

JULIE A. TOTTEN
ALLISON E. PITIGOI
Orrick, Herrington & Sutcliffe LLP


/s/
ALLISON E. PITIGOI
Attorneys for Defendants
Seagate Technology LLC (erroneously sued as Seagate Technology, LLC)
and i365 Inc. (erroneously sued as i365, Inc.)