1  MICHAEL L. TRACY, ESQ. (STATE BAR NO. 237779)
   MEGAN ROSS HUTCHINS, ESQ. (STATE BAR NO. 227776)
2  LAW OFFICES OF MICHAEL L. TRACY
   2030 Main Street, Suite 1300
3  Irvine, CA 92614
   mhutchins@michaeltracylaw.com
4  T: (949) 260-9171
   F: (866) 365-3051
5
   Attorneys for Plaintiff
6  Paul Hibbs-Rines

7  JULIE A. TOTTEN (STATE BAR NO. 166470)
   jatotten@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall
9  Suite 3000
   Sacramento, CA 95814-4497
10 Telephone:  (916) 447-9200
   Facsimile:   (916) 329-4900
11
   ALLISON E. PITIGOI (STATE BAR NO. 242211)
12 apitigoi@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
13 1000 Marsh Road
   Menlo Park, CA 94025
14 Telephone:  (650) 614-7400
   Facsimile:   (650) 614-7401
15
   Attorneys for Defendants
16 Seagate Technology LLC (erroneously sued as Seagate
   Technology, LLC) and i365 Inc. (erroneously sued as i365, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAULA HIBBS-RINES, et al., | Case No. CV08-05430-SI |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DEADLINE FOR PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND HEARING FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT/ FURTHER CASE MANAGEMENT CONFERENCE** |
| SEAGATE TECHNOLOGY, LLC, a Delaware limited liability company; I365, INC., a California corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

OHS West:260714058.1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING
DEADLINE FOR PRELIM. APPROVAL MTN. AND HEARING FOR
PRELIM. APPROVAL / FURTHER CMC[CASE NO. 05430]

1  Pursuant to Civil Local Rule 6-2 and 7-12, the Parties, Plaintiff Paula Hibbs-Rines
2  ("Plaintiff") and Defendants i365 Inc. and Seagate Technology LLC ("Defendants"), by and
3  through their respective counsel of record, hereby submit this Stipulation and Proposed Order
4  seeking a two week continuance of the filing deadline for Plaintiff's Motion for Preliminary
5  Approval of Class Action Settlement and the hearing for Preliminary Approval of Class
6  Settlement and Further Case Management Conference, pursuant to the Court's Pretrial Minute
7  Order, issued on July 30, 2009, Docket No. 35 ("Minute Order").
8  WHEREAS, the filing deadline for Plaintiff's Motion for Preliminary Approval of Class
9  Action Settlement is currently set for August 21, 2009, pursuant to the Minute Order;
10  WHEREAS, the hearing for Preliminary Approval of Class Settlement and Further Case
11  Management Conference is currently scheduled for September 25, 2009 at 9:00 a.m., pursuant to
12  the Minute Order;
13  WHEREAS, lead counsel for Defendants, Julie A. Totten recently began an extended
14  leave of absence;
15  WHEREAS, the principal in-house representative for Seagate Technology LLC regarding
16  this matter was on an extended vacation from August 1, 2009 through August 17, 2009 and was
17  not available during that time;
18  WHEREAS, the Parties are currently addressing unanticipated issues with respect to the
19  form of the Stipulation of Settlement and exhibits thereto and the content of Plaintiff's Motion for
20  Preliminary Approval of Class Action Settlement;
21  WHEREAS, the Parties need additional time to address such unanticipated issues prior to
22  executing the Stipulation of Settlement with exhibits thereto and filing Plaintiff's Motion for
23  Preliminary Approval of Class Action Settlement;
24  WHEREAS, the Parties believe a two week continuance of the filing deadline for
25  Plaintiff's Motion for Preliminary Approval of Class Action Settlement and the hearing for
26  Preliminary Approval of Class Settlement and Further Case Management Conference set forth in
27  the Minute Order will provide the additional time necessary for the Parties to address such
28  unanticipated issues, to fully prepare and execute the Stipulation of Settlement and exhibits

1  thereto and for Plaintiff to file Plaintiff's Motion for Preliminary Approval of Class Action
2  Settlement in a form acceptable to Defendants, in order to facilitate a non-opposition by
3  Defendants;

4      THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

5      The filing deadline for Plaintiff's Motion for Preliminary Approval of Class Action
6  Settlement, presently scheduled for August 21, 2009, is continued to September 4, 2009, and the
7  hearing for Preliminary Approval of Class Settlement and Further Case Management Conference,
8  presently scheduled for September 25, 2009 at 9:00 a.m., is continued to October 9, 2009 at 9:00
9  a.m., or as soon thereafter as the Court's schedule will allow, and that all associated deadlines be
10 continued accordingly.

11     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

13 Dated: August 21, 2009     JULIE A. TOTTEN
ALLISON E. PITIGOI
ORRICK, HERRINGTON & SUTCLIFFE LLP

15     _____/s/Allison E. Pitigoi_____
Attorneys for Defendants Seagate Technology
LLC (erroneously sued as Seagate Technology,
LLC) and i365 Inc. (erroneously sued as i365, Inc.)

18 Dated: August 21, 2009     MICHAEL L. TRACY, ESQ.
MEGAN ROSS HUTCHINS, ESQ.
LAW OFFICES OF MICHAEL L. TRACY

21     _____/s/Megan Ross Hutchins_____
Attorneys for Plaintiff Paul Hibbs-Rines

23     Pursuant to General Order No. 45, Orrick, Herrington & Sutcliffe attests that concurrence
24 in the filing of the Joint Case Management Statement has been obtained from the other signatories
25 which shall serve in lieu of their signatures on the document.

26 //
27 //
28 //

## **ORDER**

The parties having stipulated to the foregoing and good cause appearing, PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

OHS West:260714058.1

- 4 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DEADLINE FOR PRELIM. APPROVAL MTN. AND HEARING FOR PRELIM. APPROVAL / FURTHER CMC[CASE NO. 05430]